UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-80078-Cr-CANNON/REINHART**
18 USC § 922(g)(1)
18 USC § 924(c)
21 USC § 841(a)(1)

UNITED STATES OF AMERICA

vs.

JUSTIN JORDAN GARTH,

      Defendant.
_____/

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about March 9, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUSTIN JORDAN GARTH,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that this violation involved four-hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as Fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vi), it is further

alleged that this violation involved ten (10) grams or more of a mixture and substance containing a detectable amount of 2-methyl fentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as Fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Oxycodone.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Eutylone.

## COUNT 2

On or about March 9, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUSTIN JORDAN GARTH,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Information, in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that the firearms are:

a.) One (1) Taurus Model Millennium PT145 PRO, .45 caliber semi-automatic pistol; and

b.) One (1) Smith and Wesson Model SW40VE, .40 caliber semi-automatic pistol.

## COUNT 3

On or about March 9, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**JUSTIN JORDAN GARTH,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

It is further alleged that the firearms and ammunition are:

a.) One (1) Taurus Model Millennium PT145 PRO, .45 caliber semi-automatic pistol;

b.) One (1) Smith and Wesson Model SW40VE, .40 caliber semi-automatic pistol;

c.) One (1) Glock Model 19, 9 mm caliber semi-automatic pistol;

d.) Ten (10) rounds of PMC .45 caliber ammunition; and

e.) Four (4) rounds of Winchester .40 caliber ammunition.

## FORFEITURE

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JUSTIN JORDAN GARTH**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Information, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation of Title 18, United States Code, Sections 922(g)(1) and 924(c), or any other criminal law of the United States, as alleged in this Information, the defendant shall forfeit to the United States any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1), to include:

a.) One (1) Taurus Model Millennium PT145 PRO, .45 caliber semi-automatic pistol, Serial No. NBY44363;

b.) One (1) Smith and Wesson Model SW40VE, .40 caliber semi-automatic pistol, Serial No. DUX5533;

c.) One (1) Glock Model 19, 9 mm caliber semi-automatic pistol, Serial No.

YZL967;

        d.)      Ten (10) rounds of PMC .45 caliber ammunition; and

        e.)      Four (4) rounds of Winchester .40 caliber ammunition.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c).

*[signature]* for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:

v.

JUSTIN JORDAN GARTH

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☑ WPB

New Defendant(s) (Yes or No) No
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)
   I   ☑ 0 to  5 days              ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Cannon           Case No.  22-Cr-80078-Cannon
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-8177-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No)
   If yes, Judge           Case No.
9. Defendant(s) in federal custody as of 05/03/2022
10. Defendant(s) in state custody as of
11. Rule 20 from the  Southern     District of Florida
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
John McMillan
Assistant United States Attorney
Court ID No.    8055228

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:    JUSTIN JORDAN GARTH

Case No.:    22-80078-Cr-CANNON/REINHART

### Count # 1
Possession with the Intent to Distribute a Controlled Substance

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

**Max. Penalty**: A ten (10) year mandatory minimum to life imprisonment; $10,000,000 fine; minimum 5 year to life term of supervised release: and, a $100.00 special assessment.

### Count # 2
Possession of a Firearm in Furtherance of a Federal Drug Trafficking Crime
Title 18, United States Code, Section 924(c)(1)(A)

**Max. Penalty**: 5-year mandatory minimum sentence of imprisonment to maximum life term of imprisonment, consecutive to any penalty imposed upon Count 1; maximum fine of $250,000 fine; 5 years' supervised release: and, a $100 special assessment.

### Count # 3
Possession of a Firearm and Ammunition by a Previously Convicted Felon
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

**Max. Penalty**: 10 years' imprisonment; $250,000 fine; 3-year term of supervised release: and, a $100.00 special assessment.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| JUSTIN JORDAN GARTH | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. Magistrate Judge
*Judge's printed name and title*