UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80078-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JUSTIN JORDAN GARTH,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 28].  On August 11, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 24] during which Defendant pled guilty to Counts 1, 2 and 3 of the Information [ECF No. 16] pursuant to a written plea agreement and factual proffer statement [ECF No. 26]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1, 2, and 3 of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts 1, 2, and 3 [ECF No. 16].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 28] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Justin Jordan Garth as to Counts 1, 2, and 3 of the Information are **ACCEPTED**.

CASE NO. 22-80078-CR-CANNON

3. Defendant Justin Jordan Garth is adjudicated guilty of Counts 1, 2 and 3 of the Information as follows.  Count 1 charges him with knowingly and intentionally possessing with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) (Count 1).  Count 2 charges him with knowingly possessing a firearm in furtherance of a drug trafficking crime as charged in Count 1, in violation of 18 U.S.C. § 924(c)(1)(A) (Count 2).  And Count 3 charges him with knowingly possessing a firearm and ammunition in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Count 3) [ECF No. 16].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of September 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record